UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANEL LYNN BISTODEAU,<br><br>Defendant. | Case No. 4:17-cr-00100-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A). Dkt. 112. The Government filed its Response (Dkt. 115) on April 25, 2022, before the Court acted on Defendant's request for appointment of counsel made on the last page of her Motion. She now requests an opportunity to reply if the Court denies the request for counsel. *See* Letter, Dkt. 116.

# ANALYSIS

There is no constitutional right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to

**MEMORANDUM DECISION AND ORDER - 1**

appointed counsel extends to the first appeal of right, and no further."). More germane to this case, there is no constitutional right to appointed counsel in proceedings under 18 U.S.C. § 3582(c). *See United States v. Townsend*, 98 F.3d 510, 512-513 (9th Cir. 1996); *United States v. Meyers*, No.12-cr-00248-PJH-3, 2022 WL 602518, at *1 (N.D.Cal. Mar. 1, 2022) (applying *Townsend* specifically to proceedings under 18 U.S.C. § 3582(c)(1)(A)). Instead, the decision whether to appoint counsel in post-conviction proceedings rests with the discretion of the district court. *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005).

The Court is sympathetic to the fact that incarcerated persons face certain added difficulties when representing themselves *pro se*. However, Defendant here has not asserted or provided the sort of exceptional circumstances that must be present before the Court will exercise its discretion to appoint counsel. To the contrary, she has adequately presented her Motion and supporting documentation. Accordingly, the Court denies the request for counsel.

## ORDER

IT IS ORDERED that:

1. Defendant's Request for Appointment of Counsel is **DENIED**.
2. Defendant shall file her Reply, if any, to the Government's Response on or before September 9, 2022.

**MEMORANDUM DECISION AND ORDER - 2**

3. Defendant's Motion for Sentence Reduction (Dkt. 112) will be decided after the Court has considered the Reply.

DATED: August 10, 2022

_____
B. Lynn Winmill
U.S. District Court Judge